1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  JOEL MANUEL TAYLOR,
11         Plaintiff,                     No. CIV S-08-1246 KJM P
12     vs.
13  WARDEN, CMF VACAVILLE,
    et al.,
14
           Defendants.                    ORDER
15                                    /
16
17         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant
18  to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28
19  U.S.C. § 1915.  However, the certificate portion of the request which must be completed by
20  plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a
21  certified copy of his prison trust account statement for the six month period immediately
22  preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the
23  opportunity to submit a completed in forma pauperis application and a certified copy in support
24  of his application.
25  /////
26  /////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: June 18, 2008.

_____
U.S. MAGISTRATE JUDGE

/ke
tayl1246.3c+new

2