# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL MANUEL TAYLOR,<br><br>               Plaintiff,<br><br>vs.<br><br>CMF VACAVILLE, *et al.*,<br><br>               Defendants. | Case No. 2:08-cv-01246-PMP-GWF<br><br>**ORDER FOR PAYMENT OF<br>INMATE FILING FEE** |

To: The Director of the California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California 95814:

     Plaintiff, a state prisoner proceeding pro se and in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is not required to make an initial partial payment at this time; however, Plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his trust account. The California Department of Corrections and Rehabilitation is required to send to the Clerk of the Court, hereafter, payments from plaintiff's prison trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full. 28 U.S.C. § 1915(b)(2).

     Good cause appearing therefore, **IT IS HEREBY ORDERED** that:

     1.    The Director of the California Department of Corrections and Rehabilitation or a designee shall collect from plaintiff's prison trust account the $350.00 balance of the filing fee by collecting monthly payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and forwarding payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28

1  U.S.C. § 1915(b)(2).  The payments shall be clearly identified by the name and number assigned to this
2  action.
3          2.      The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's
4  signed in forma pauperis affidavit on Director, California Department of Corrections and
5  Rehabilitation, 1515 S Street, Sacramento, California 95814.
6          3.      The Clerk of the Court is directed to serve a copy of this order on the Financial
7  Department of the court.
8          DATED this 28th day of January, 2009.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

2