UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| JOEL MANUEL TAYLOR,  )  | 2:08-CV-01246-PMP-GWF |
| Plaintiff,  ) | |
| vs.  ) | |
| CMF VACAVILLE, et al.,  ) | |
| Defendants.  ) | |

Before the Court for consideration are two "Motions" styled Motion for "the Ex Parte Young Fiction." (Doc.'s #17 and #19). In these motions, Plaintiff Taylor describes events relating to his underlying claim set forth in his Complaint (Doc. #1) filed June 4, 2008. Plaintiff Taylor fails, however, to articulate precisely what relief he is requesting by the instant motions. Thus the Court cannot consider a request for relief as no specific request is articulated.

**IT IS THEREFORE ORDERED that** Plaintiff Joel Taylor's Motions for the "the Ex Parte Young Fiction" (Doc.'s #17 and #19) are DENIED.

Dated: February 3, 2009.

PHILIP M. PRO
United States District Judge