# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL MANUEL TAXLOR,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>CMF VACAVILLE, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 2:08-cv-01246-PMP-GWF<br><br>**ORDER**<br><br>Motion for Extension (Dkt. #24) |

This matter is before the Court on Plaintiff's Motion for an Extension of Time to File an Amended Complaint (Dkt. #24), filed on March 20, 2009.

Pursuant to Fed. R. Civ. P. 6(b) and LR 6, extensions of time may be granted for good cause shown. Plaintiff requests an enlargement of time in which to prepare and file an Amended Complaint as he has been sent to a unit of the prison that is currently under quarantine and he has been separated from his legal work and the legal resources. (Dkt. #24 at 2). Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for an Extension of Time to File an Amended Complaint (Dkt. #24) is **GRANTED**. Plaintiff shall have until **May 8, 2009** to file an Amended Complaint with the Court if he believes he can correct the deficiencies noted in his prior Complaint (*See* Dkt. #20). Failure to comply with this Order will result in a recommendation that this action be dismissed with prejudice.

DATED this 9th day of April, 2009.

　　　　　　　　　　　　　　　　　　　　_/s/ George Foley Jr._
　　　　　　　　　　　　　　　　　　　　**GEORGE FOLEY, JR.**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**