# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| JOEL MANUEL TAYLOR,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CMF VACAVILLE, et al.,<br><br>　　　　Defendants. | 2:08-CV-01246-PMP-GWF<br><br>**ORDER** |

　　　Before the Court for consideration is Plaintiff Joel Taylor's Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (Doc. #1), filed on June 4, 2008. On June 3, 2009, the Honorable George Foley, Jr., United States Magistrate Judge, entered a Findings and Recommendations (Doc. #27) recommending that Plaintiff Taylor's Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (Doc. #1) be denied.

　　　The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1) and determines that Magistrate Judge Foley's Report of Findings and Recommendations should be Affirmed.

///
///
///
///

**IT IS THEREFORE ORDERED that** Magistrate Judge Foley's Findings and Recommendations (Doc. #27) are **Affirmed** and Plaintiff Joel Taylor's Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (Doc. #1) is **DISMISSED with prejudice**.

DATED: March 8, 2010.

PHILIP M. PRO
United States District Judge